IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00227-EWN-MEH

RICK JOHNSON,

    Plaintiff,

v.

USA TRUCK, INC., a non registered foreign corporation doing business in Colorado, and TERRICK K. SCOTT,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 23, 2006.**

Based upon the parties' agreement, and the entire record herein, Defendant's Joint Motion for Stipulated Protective Order [Filed June 21, 2006; Docket #20] is **granted**. The Court will sign the Protective Order and enter it on the record.