IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00227-EWN-MEH

RICK JOHNSON,

    Plaintiff,

vs.

USA TRUCK, INC., a non-Registered Foreign Corporation doing business in Colorado,
TERRICK K. SCOTT,

    Defendants.

## ORDER RE-SETTING SETTLEMENT CONFERENCE

**Entered by Michael E. Hegarty, United States Magistrate Judge, August 16, 2006.**

    The Court scheduled this matter for a settlement conference in connection with the Preliminary Pretrial Conference, for August 14, 2006. On that date the Court determined that settlement was premature due to the lack of exchange of information regarding damages. Therefore, the Court sets this matter for a settlement conference on **September 28, 2006 at 10:00 a.m.** The parties are directed to submit updated confidential settlement statements (specifically advising the Court of the matters learned in discovery and the updated condition of the Plaintiff) by e-mailing them to the Court at *Hegarty_Chambers@cod.uscourts.gov* on or before September 21, 2006.