IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00227–EWN–MEH

RICK JOHNSON,

      Plaintiff,

v.

USA TRUCK INC., a non registered foreign corporation doing business in Colorado, and TERRICK K. SCOTT,

      Defendants.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Recommendation on Plaintiff's Motion to Amend" filed February 5, 2007. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. Plaintiff's Motion to Amend the Complaint to Add Request for Exemplary Damages (#50, filed December 7, 2006) is DENIED.

DATED this 1st day of March, 2007.

                                            BY THE COURT:

                                            s/ Edward W. Nottingham
                                            EDWARD W. NOTTINGHAM
                                            United States District Judge