IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 06–cv–00227–EWN–MEH

RICK JOHNSON,

    Plaintiff,

v.

USA TRUCK INC., a non registered foreign corporation doing business in Colorado, and
TERRICK K. SCOTT,

    Defendants.

## ORDER

    This is a negligence case, currently before the court on "Plaintiff's Response to Defendant USA Truck, Inc.'s Motion for Summary Judgment," filed November 9, 2006. (hereinafter "Pl.'s Resp.") Plaintiff has patently failed to comply with this court's practice standards.

    The standards require that:

> [a]ny party opposing the motion for summary judgment shall in a section of the brief styled Response to Statement of Undisputed Facts, admit or deny the asserted material facts set forth by the movant. The admission or denial shall be made in separate paragraphs numbered to correspond to movant's paragraph numbering. Any denial shall be accompanied by a brief factual explanation of the reasons for the denial and a specific reference to material in the record supporting the denial.

(*See* Practice Standards — Civil, Special Instructions Concerning Motions for Summary Judgment ¶ 4.) In his response brief, Plaintiff makes no reference or response of any sort to

Defendant's properly proffered statement of undisputed facts set forth in its motion for summary judgment. (Pl.'s Resp.) It would behoove Plaintiff to familiarize himself with the court's practice standards prior to resubmitting his brief. Further non-compliance will not be tolerated.

Based on the foregoing, it is ordered that the Plaintiff's response brief (# 45) is STRICKEN. Plaintiff shall have ten days to resubmit his brief. Defendants shall reply within ten days of Plaintiff's response.

Dated this 17th day of July, 2007.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge