IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00227-EWN-MEH

RICK JOHNSON,

      Plaintiff,

v.

USA TRUCK, INC., a non registered foreign corporation doing business in Colorado, and TERRICK K. SCOTT,

      Defendants.

## ORDER ON PLAINTIFF'S MOTION TO RECONSIDER

Plaintiff has filed a Motion to Reconsider this Court's denial of Plaintiff's prior request to set a new deadline for rebuttal experts [Docket #95]. The matter has been referred to this Court [Docket #96]. Oral argument would not materially assist the Court in adjudicating this motion. For the reasons stated below, the Court **denies** the Motion to Reconsider.

In denying Plaintiff's motion for an extension of the rebuttal expert deadline, the Court stated that "Plaintiff has not demonstrated excusable neglect for this belated request or good cause." Dock. #92. In his Motion to Reconsider, Plaintiff acknowledges that the deadline expired November 9, 2006. Dock. #96, ¶25. Yet, Plaintiff argues that excusable neglect is not the proper standard, because he submitted his initial rebuttal expert reports by the proper deadline. Plaintiff contends that, because he only seeks to submit supplemental rebuttal expert reports by the new deadline, the appropriate standard is good cause. Plaintiff provides no support for his interpretation, and the Federal Rules of Civil Procedure clearly state that any request made after a deadline has expired must meet the excusable neglect standard. Fed. R. Civ. P. 6(b)(2). This, Plaintiff has utterly failed to even attempt. Accordingly, Plaintiff's Motion to Reconsider [Filed August 30, 2007; Docket #95] is

**denied**.

Dated at Denver, Colorado, this 5th day of September, 2007.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge